IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

BLUESTONE COAL CORPORATION and
DOUBLE-BONUS MINING COMPANY,

      Plaintiffs,

v.            CIVIL ACTION NO.  5:15-cv-04905

PINNACLE MINING COMPANY, LLC,

      Defendant.

## ORDER AND NOTICE

  Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**06/29/15**  Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

**07/08/15**  Last day for Rule 26(f) meeting.

**07/15/15**  Last day to file Report of Parties' Planning Meeting and Scheduling Order Worksheet, available on the Court's website.  See LR Civ P 16.1.

**07/29/15**  Scheduling conference at **9:00 a.m.**, in **Beckley, West Virginia**, before the undersigned, unless cancelled.  If held, lead counsel shall appear and be prepared to discuss the following:

  (a)  the discovery to be completed and the amount of time necessary for its completion;
  (b)  the further formulation and simplification of issues, including possible elimination of claims or defenses;
  (c)  the possibility of entering into stipulations regarding issues for trial;
  (d)  the possibility of obtaining admissions regarding facts and documents; and

    (e)  other matters that will assist the parties in reaching a final resolution of this matter.

**08/10/15**  Entry of Scheduling Order.

**08/14/15**  Last day to serve FR Civ P 26(a)(1) initial disclosures pre-discovery.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P From 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

      ENTER:  June 1, 2015

      _____
      IRENE C. BERGER
      UNITED STATES DISTRICT JUDGE
      SOUTHERN DISTRICT OF WEST VIRGINIA