IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**BLUESTONE COAL CORPORATION and**
**DOUBLE-BONUS MINING COMPANY,**

    Plaintiffs,

v.                                                        Case No. 5:15-cv-04905

**PINNACLE MINING COMPANY, LLC,**

    Defendants.

**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

       Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, Plaintiffs, Bluestone Coal Corporation and Double-Bonus Mining Company, by and through its counsel, David F. Nelson of Hendrickson & Long, PLLC, and Defendant, Pinnacle Mining Company, LLC, by and through its undersigned counsel, John J. Meadows of Steptoe & Johnson, PLLC, hereby stipulate and agree to dismiss this action in its entirety without prejudice.

*Presented by*:

/s/   David F. Nelson
David F. Nelson, Esquire (#5754)
**HENDRICKSON & LONG, PLLC**
214 Capitol Street (zip 25301)
P.O. Box 11070
Charleston, West Virginia 25339
(304) 346-5500
(304) 346-5515 (facsimile)
dnelson@handl.com
*Counsel for Plaintiffs,*
*Bluestone Coal Corporation*
*and Double-Bonus Mining Company*

*Agreed to by*:

/s/    John J. Meadows
John J. Meadows, Esquire (#9442)
**STEPTOE & JOHNSON, PLLC**
Eighth Floor
707 Virginia Street East
P.O. Box 1588
Charleston, West Virginia 25326-1588
*Counsel for Defendant,*
*Pinnacle Mining Company, LLC*